**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 10, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00675-CV

## THOMAS R. WRIGHT AKA THOMAS RANEY WRIGHT AKA TR WRIGHT, Appellant

## V.

## MOHAMED A. SABBAHI, Appellee

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2010-38233**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed June 17, 2013. On September 27, 2013, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, McCally, and Donovan.